BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY HOWARD<br>xxx-xx-9055<br><br><br>**Plaintiff,**<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SSA<br><br>**Defendant.** | Case No.   2:13-cv-2237 AC<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 8, 2014, to June 9, 2014, with all other deadlines extended accordingly.   This extension is required due to counsel's briefing schedule

/ / / /

/ / / /

/ / / /

1

Dated: May 6, 2014

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 6, 2014

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Carolyn B. Chen
CAROLYN B. CHEN

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 7, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2