BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY HOWARD<br>xxx-xx-9055<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SSA<br><br>Defendant. | Case No. 2:13-cv-2237 AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 9, 2014, to July 1, 2014, with all other deadlines extended accordingly. This extension is required due to an unexpected need to be out of the office and counsel's briefing schedule

////

////

////

1
2
3
4  Dated: June 9, 2014                    /s/Bess M. Brewer
                                          BESS M. BREWER
                                          Attorney at Law
5
                                          Attorney for Plaintiff
6
7
8
   Dated: June 9, 2014                    Benjamin B. Wagner
9                                         United States Attorney
10                                        Donna L. Calvert
                                          Acting Regional Chief Counsel, Region IX
11                                        Social Security Administration
12                                        /s/ Carolyn B. Chen
                                          CAROLYN B. CHEN
13
                                          Special Assistant United States Attorney
14                                        Attorneys for Defendant
15
16
17                                    **ORDER**
18        APPROVED AND SO ORDERED.   As this is plaintiff's second request for an extension of
19 time, plaintiff is forewarned that no further extensions of time shall be allowed absent extenuating
20 circumstances.
21
22 DATED: June 10, 2014

23                                        _____
                                          ALLISON CLAIRE
24                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2