BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| HARRY HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-02237-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 35 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is July 31, 2014. The new due date will be September 4, 2014.

    There is good cause for this request. The parties are engaged in settlement negotiations and Defendant needs additional time to review the merits of this case.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: July 30, 2014            LAW OFFICE OF BESS M. BREWER

<u>*s/ Bess M. Brewer by C.Chen*</u>
(As authorized by e-mail on 7/30/2014)
BESS M. BREWER
Attorneys for Plaintiff

Date: July 30, 2014            BENJAMIN B. WAGNER
United States Attorney

By <u>*s/ Carolyn B. Chen*</u>
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: August 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation for an Extension of Time; 2:13-cv-02237-AC            2