# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| HARRY HOWARD,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:13-cv-02237-AC<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C. § 405(g),<br>AND ENTRY<br>OF JUDGMENT IN FAVOR OF PLAINTIFF<br>AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

The ALJ will be directed to evaluate the mental abilities assessment completed by James G. Frank, Ph.D. (Exhibit 16F) and explain the weight given to this assessment; further assess the severity of the claimant's mental impairments under the special technique described in 20 C.F.R.

§ 416.920a; further assess the claimant's residual functional capacity; and obtain supplemental evidence from a vocational expert if necessary to determine whether the claimant can perform any work.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: September 4, 2014

*s/ Bess M. Brewer by C.Chen\**
(As authorized by e-mail on 9/3/2014)
BESS M. BREWER
Attorneys for Plaintiff

Date: September 4, 2014
BENJAMIN B. WAGNER
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: September 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE